

**RIKER
DANZIG
SCHERER
HYLAND
PERRETTI**LLP

ATTORNEYS AT LAW

**Jonathan P. Vuotto**
Attorney

Direct:
t: 973.451.8573
f: 973.451.8721
jvuotto@riker.com
Reply to: Morristown

October 26, 2012

<u>*Via ECF and First Class Mail*</u>

Hon. Noel L. Hillman, U.S.D.J.
United Stated District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

   Re: **Cambridge Management Group, LLC v. Baker, et al.
      Civil Action No. 12-3577-NLH-AMD**

Dear Judge Hillman:

  This firm represents defendants Horace Ruble Baker IV, Sheila Baker, Wilson & Epstein, LLC and Warner R. Wilson, Jr. (collectively, "Defendants") in the above-referenced litigation. On October 18, 2012, we received a letter from the American Arbitration Association in New Jersey (the "AAA") informing us of its determination to not accept new consumer debt collection arbitration filings and to close the arbitration matter initiated by plaintiff, Cambridge Management Group, LLC ("CMG"). A copy of the AAA's letter is enclosed for the Court's reference. The sole relief sought by CMG in this litigation is for an order compelling Defendants to arbitrate the dispute before the AAA. However, since the AAA is no longer taking these types of cases and has closed CMG's matter, the sole relief CMG seeks in this litigation is not available.

  Accordingly, on October 25, 2012, Defendants requested that CMG withdraw its complaint in this litigation. A copy of my October 25, 2012 letter is also enclosed for the Court's reference. CMG responded on October 25, 2012, stating that "the AAA will accept these types of actions with a court order," but without providing any basis for this position. A copy of the email from CMG's attorney is enclosed.

  Under the circumstances, we respectfully submit that CMG's claim to compel arbitration before the AAA has become moot.

Headquarters Plaza, One Speedwell Avenue, Morristown, NJ 07962-1981 • t: 973.538.0800 f: 973.538.1984
50 West State Street, Suite 1010, Trenton, NJ 08608-1220 • t: 609.396.2121 f: 609.396.4578
500 Fifth Avenue, New York, NY 10110 • t: 212.302.6574 f: 212.302.6628
London Affiliate: 33 Cornhill, London EC3V 3ND, England • t: +44 (0) 20.7877.3270 f: +44 (0) 20.7877.3271
www.riker.com

Noel L. Hillman, U.S.D.J.
October 26, 2012
Page 2

    Please let us know if the Court would like to discuss this matter or whether a motion to dismiss will be required. Thank you.

Respectfully submitted,

Jonathan P. Vuotto

Enclosures

cc:    Hon. Ann Marie Donio
       Raul J. Sloezen, Esq.
       Rudolph V. DeGeorge, II, Esq.

American Arbitration 10/18/2012 5:59:16 PM   PAGE   2/003   Fax Server

 American Arbitration Association
*Dispute Resolution Services Worldwide*

phone: 877-495-4185
fax: 877-304-8457

October 18, 2012

Case Filing Services
1101 Laurel Oak Road, Suite 100
Voorhees, NJ 08043
www.adr.org

**VIA EMAIL AND FACSIMILE**
Raul J. Sloezen, Esq.
Law Offices of Raul J. Sloezen, Esq.
40 Walnut Street
Oakland, NJ 07436

Jonathan Vuotto, Esq.
Riker Danzig Scherer Hyland & Perretti LLP
1 Speedwell Avenue
Headquarters Plaza
Morristown, NJ 07962-1981

**VIA EMAIL**
Rudolph V. De George, II, Esq.
Law Offices of Rudolph V. De George II
1221 North Church Street
Suite 301
Moorestown, NJ 08057

Re: 18 513 00813 12
    Cambridge Management Group, LLC
    VS
    Horace Ruble Baker, Warner R. Wilson, Sheila Baker
    and Warner & Epstein, LLC
    AND
    Lifeline Funding, LLC d/b/a US Claims

Dear Parties:

This will acknowledge receipt on July 11, 2012 of a demand for arbitration filed by the business pursuant to an arbitration clause in a customer agreement.

Based on recent public discourse and evaluation of our case experience, the American Arbitration Association has determined not to accept new consumer debt collection arbitration filings. This policy will be in effect until such time as the AAA determines that adequate and broadly acceptable due process protocols specific to these cases are in place. It is our intention to engage in earnest dialogue with a diversity of interest groups on what constitutes a proper protocol framework for these matters. For more detailed information about the AAA's position on debt collection arbitration please see http://www.adr.org/si.asp?id=5770.

Accordingly, we are closing this matter and will destroy the filing documents within 30 days. Upon your request, we will return the filing documents to you. Any payments sent by the filing party will be sent under separate cover. The AAA remains available to assist the parties in the use voluntary dispute resolution mechanisms, both binding and non-binding.

American Arbitration 10/18/2012 5:59:16 PM  PAGE  3/003  Fax Server

We encourage the parties to review these options on our website, www.adr.org, and please feel free to contact me if you wish to take advantage of these services or if you have any questions about our policies.

Sincerely,

/s/ Tara Parvey

Tara Parvey
Director
856-679-4602
ParveyT@adr.org



**RIKER
DANZIG
SCHERER
HYLAND
PERRETTI**LLP

ATTORNEYS AT LAW

**Jonathan P. Vuotto**
Attorney

Direct:
t: 973.451.8573
f: 973.451.8721
jvuotto@riker.com
Reply to: Morristown

October 25, 2012

<u>*Via Electronic and First Class Mail*</u>

Raul J. Sloezen, Esq.
Law Offices of Raul J. Sloezen, Esq.
40 Walnut Street
Oakland, New Jersey 07436
rjsloezen@gmail.com

    Re:    Cambridge Management Group, LLC v. Baker, et al.
            Civil Action No. 12-3577-NLH-AMD

Dear Mr. Sloezen:

    This firm represents defendants Horace R. Baker IV, Sheila Baker, Warner R. Wilson, Jr. and Wilson & Epstein, LLC (collectively, "Defendants") in the above-referenced matter. We recently received a letter, dated October 18, 2012, from the American Arbitration Association in New Jersey (the "AAA") informing us of its determination to not accept new consumer debt collection arbitration filings and to close the matter you initiated on behalf of Cambridge Management Group, LLC ("CMG"). In light of the AAA's determination, we request that you discontinue the litigation.

    As you know, the sole relief sought by CMG in the litigation is for an order compelling Defendants to arbitrate the dispute before the AAA. Since the AAA is no longer taking these types of cases and has closed your client's matter, the sole relief CMG seeks is not available. We hereby request that you withdraw CMG's complaint. If you do not voluntarily dismiss the case within seven days, we will take appropriate action.

    Please let me know if you would like to discuss this matter. Thank you.

                                    Very truly yours,

                                    Jonathan P. Vuotto

cc:    Rudolph V. DeGeorge, II, Esq.

Headquarters Plaza, One Speedwell Avenue, Morristown, NJ 07962-1981 • t: 973.538.0800 f: 973.538.1984
50 West State Street, Suite 1010, Trenton, NJ 08608-1220 • t: 609.396.2121 f: 609.396.4578
500 Fifth Avenue, New York, NY 10110 • t: 212.302.6574 f: 212.302.6628
London Affiliate: 33 Cornhill, London EC3V 3ND, England • t: +44 (0) 20.7877.3270 f: +44 (0) 20.7877.3271
www.riker.com

# Sheridan, Thomas

| | |
|---|---|
| **From:** | Raul Sloezen [rjsloezen@gmail.com] |
| **Sent:** | Thursday, October 25, 2012 7:32 PM |
| **To:** | Sheridan, Thomas |
| **Cc:** | rdegeorge1@gmail.com |
| **Subject:** | Re: Cambridge Management Group, LLC v. Baker, et al. |

Mr. Sheridan

Please be advised that the AAA will accept these types of actions with a court order. I am advising you that I shall view any further action as frivolous and will treat it as such. Do as you wish.

Raul J. Sloezen, Esq.

On Thu, Oct 25, 2012 at 6:01 PM, Sheridan, Thomas <tsheridan@riker.com> wrote:

Counsel,


Please see the attached letter from Jon Vuotto. Thank you.



Thomas P Sheridan | Attorney
Riker Danzig Scherer Hyland Perretti LLP
Headquarters Plaza | One Speedwell Avenue | Morristown, NJ 07962-1981
t: 973.451.8502 | f: 973.451.8648 | tsheridan@riker.com | www.riker.com

---

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (I) avoiding penalties under the Internal Revenue Code or (II) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Confidentiality Notice: This e-mail contains information that is privileged and confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us immediately by return e-mail and delete this e-mail and all attachments from your system. Thank You.

--
The Law Offices of Raul J. Sloezen, Esq.

Please reply to our New Jersey Office!

New Jersey Office:
40 Walnut Street
Oakland, NJ 07436
Tel: 201-644-8178
Fax: 201-606-8203
Email: rjsloezen@gmail.com

New York Office:
12 East 46th Street, Suite 6E
New York, New York 10017
Tel: 646-278-4146
Fax: 646-277-1154

CONFIDENTIALITY NOTICE:
UNAUTHORIZED INTERCEPTION PROHIBITED BY FEDERAL LAW
(Electronic Communications Privacy Act of 1986, 18 U.S.C. 2701(a) and 2702(a)). The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies, thereof, including all attachments.

Sending e-mail to us or receiving e-mail from us does not create by itself an attorney-client relationship nor impose any obligations on us to treat any information you send us as confidential. No attorney client relationship is formed until you and The Law Offices of Raul J. Sloezen have signed an engagement letter. Unless otherwise expressly stated, nothing herein is intended as an electronic signature or as an intention to make an agreement by electronic means.